Samuel H. Gilbert, appellant, v. James Zajicek and Albie Zajicek, appellees. Gen. No. 38,808.

Opinion filed June 29, 1936.

Robert L. Floyd, for appellant. Everett G. Ballard and George E. Billett, for appellees.

Mr. Presiding Justice Matchett delivered the opinion of the court.

Lippel and Feit, Inc., appellee, v. Albert J. Horan, appellant. Gen. No. 38,822.

Opinion filed June 29, 1936.

Mayer Goldberg, for appellant. Lipman, Gordon & Bloch, for appellee; David I. Lipman, of counsel.

Mr. Presiding Justice Matchett delivered the opinion of the court.

Rose Manaster, appellant, v. Harry's New York Cabaret, Inc., appellee. Gen. No. 38,844.

Opinion filed June 29, 1936.

Louis Eisenman and John B. Fruchtl, for appellant. Frank J. Link, for appellee.

Mr. Presiding Justice Matchett delivered the opinion of the court.

William E. Maher, appellee, v. The New York, Chicago and St. Louis Railroad Company, appellant. Gen. No. 38,852.

Opinion filed June 29, 1936. Rehearing denied July 10, 1936.

Winston, Strawn & Shaw, for appellant; Silas H. Strawn, Harold A. Smith and Douglas C. Moir, of counsel. Joseph D. Ryan and Louis P. Miller, for appellee.

Mr. Presiding Justice Matchett delivered the opinion of the court.